UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KWAME GAINES, | Case No. 2:21-cv-02044-JAD-EJY |
| Plaintiff | ORDER |
| v. | |
| OFFICER KHABRO, *et al.*, | |
| Defendants | |

**I.  DISCUSSION**

Long established Nevada District Court Local Rule of Practice IA 3-1 requires a "pro se party … [to] immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number.  The notification must include proof of service on each opposing party or the party's attorney.  Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."  Thus, Plaintiff, who is no longer incarcerated at the Clark County Detention Center, must file written notification of his change of address by **March 24, 2022**.  If Plaintiff fails to update the Court with his current address by **March 24, 2022**, his case will be subject to dismissal without prejudice.

Moreover, the Court denies Plaintiff's application to proceed *in forma pauperis* by prisoners (ECF No. 1) as moot because Plaintiff is no longer incarcerated.  The Court directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner or pay the filing fee of $402 by **March 24, 2022** if he wishes to continue to proceed with his case.

**II.  ORDER**

Accordingly, IS HEREBY ORDERED that Plaintiff must file his updated address with the Clerk of the Court by **March 24, 2022**.

IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis* by prisoners (ECF No. 1) is denied as moot.

   IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

   IT IS FURTHER ORDERED that if Plaintiff wishes to proceed with his case, he must either file a complete application to proceed *in forma pauperis* by a non-prisoner or pay the filing fee of $402 by **March 24, 2022**.

   IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this Order, this case will be subject to dismissal without prejudice.

   DATED this 22nd day of February 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE